UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KEVIN CONKLIN,

      Plaintiff,

v.                                                  Case No: 5:12-cv-340-Oc-18-PRL

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

## ORDER

This case was referred to United States Magistrate Judge Phillip R. Lammens for a report and recommendation on Defendant Commissioner of Social Security's Unopposed Motion for Entry of Judgment with Remand, filed on August 10, 2016 (Doc. 30).

The Court, having reviewed the Report and Recommendation entered on August 17, 2016 (Doc. 31), and there being no objections, hereby **ORDERS** that the Report and Recommendation (Doc. 31) is **APPROVED and ADOPTED** as part of this order. The Unopposed Motion for Entry of Judgment with Remand is **GRANTED**. This case is **REVERSED AND REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security in order for the Commissioner to re-evaluate the medical evidence of record, specifically considering medical opinion evidence in accordance with the Commissioner's regulations, and issue a new decision, and any other proceedings the Commissioner deems appropriate. Further, the Clerk of the Court shall **ENTER JUDGMENT** accordingly and **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida, this 12 day of September, 2016.

*[signature]*

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties